IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) No. 08-30183-WDS-CJP |
| KRIZ JEROME LOPEZ CABADIN | ) |
| Defendant. | ) |

## ORDER

Before the Court is a motion by Defendant Cabadin to amend the conditions of his bond to allow him internet access for the purpose of seeking and applying for employment. **(Doc. 27)**. The motion represents that Assistant U.S. Attorney Don Boyce has no objection. Renatto Carr of the U.S.P.O. has orally informed the court that he has no objection.

Defendant's Motion to Amend Conditions of Bond **(Doc. 27)** is **GRANTED**. The conditions of Defendant's bond are amended to allow internet access *only* for the purpose of seeking and applying for employment. All other conditions of bond remain in effect.

**IT IS SO ORDERED**.

DATED: November 18, 2008.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**