# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CRIMIAL No. 08-30183-WDS** |
| | ) | |
| **KRIZ JEROME LOPEZ CABADIN,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

On November 7, 2008, the United States of America and defendant, Kriz Jerome Lopez

Cabadin, consented to appear before Magistrate Judge Clifford J. Proud pursuant to Federal Rule

of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea

of guilty to Count 1 of the Indictment.

On November 7, 2008, Judge Proud submitted a Report recommending that the

undersigned District Judge accept the plea of guilty, that a presentence investigation and report

be prepared, and that the Defendant be adjudicated guilty and have sentence imposed

accordingly (Doc. 26).

The Report was sent to the parties along with a "NOTICE" informing them of their right

to appeal by way of filing "Objections" within ten days of service of the Report and

Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C.**

**§ 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52**

**(1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7ᵗʰ Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Proud's Report

and Recommendation (Doc. 616), **ACCEPTS** defendant Kriz Jerome Lopez Cabadin's  plea of

guilty, and **ADJUDGES** defendant Kriz Jerome Lopez Cabadin guilty of Count 1 of the

Indictment.

    **IT IS SO ORDERED.**

    **DATED:  March 9, 2009.**


                    **s/  WILLIAM D. STIEHL**
                       **DISTRICT JUDGE**